IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GREGORY D. CROSBY,

        Plaintiff,

vs.                                         Case No. 19-4035

TOPEKA POLICE DEPARTMENT PROPERTY
OFFICER, HERTZ VEHICLES, LLC, STEPHEN
MCALLISTER, and DUSTON SLINKARD,

        Defendants.

NOTICE OF REMOVAL

The United States of America, pursuant to 28 U.S.C. §§ 1442(a)(1) and (d)(1), and 28 U.S.C. § 1446, files this Notice of Removal of an action pending in the District Court of Shawnee County, Kansas, Case No. 2019-CV-229, captioned *Gregory D. Crosby v. Topeka Police Department Property Officer, et al.,* to the United States District Court for the District of Kansas.

The United States of America alleges and states as follows:

1.       Stephen McAllister is an employee of the United States of America and works for the United States Department of Justice, Office of the United States Attorney, as the United States Attorney for the District of Kansas. Stephen McAllister has been named as a defendant in a civil action filed in the District Court of Shawnee County, Kansas, Case No. 2019-CV-229, captioned *Gregory D. Crosby v. Topeka Police Department Property Officer, et al*. Stephen McAllister was served with a Summons and a copy of the "Complaint and Action" on April 19, 2019.

2. Duston Slinkard is an employee of the United States of America and works for the United States Department of Justice, Office of the United States Attorney, as the First Assistant United States Attorney for the District of Kansas. Duston Slinkard has been named as a defendant in a civil action filed in the District Court of Shawnee County, Kansas, Case No. 2019-CV-229, captioned *Gregory D. Crosby v. Topeka Police Department Property Officer, et al*. Duston Slinkard was served with a Summons and a copy of the "Complaint and Action" on April 19, 2019.

3. The United States of America removes this action by authority of the Attorney General of the United States.

4. Copies of the Summonses for Stephen McAllister and Duston Slinkard, along with a copy of the "Complaint and Action," are attached hereto, marked as Exhibit A, and incorporated as a part of this Notice by reference.

5. The state court lacks jurisdiction to order the relief Plaintiff Gregory D. Crosby seeks. While unclear in his "Complaint and Action," it appears Plaintiff Gregory D. Crosby has filed this action as either a motion for return of property, pursuant to Fed. R. Crim. P. 41(b), and/or is suing the individually named federal defendants under *Bivens*.[1]

6. The United States, pursuant to 28 U.S.C. §§ 1442(a)(1) and (d)(1), and 28 U.S.C. § 1446(g), has the right, at its election and without bond, to remove this action from the District Court of Shawnee County, Kansas, to the United States District Court for the District of Kansas and does elect to remove this action.

WHEREFORE, the United States of America, respectfully submits notice that Case No. 2019-CV-229, pending in the District Court of Shawnee County, Kansas, captioned *Gregory D.*

---

[1] *Bivens v. Six Unknown Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 l.Ed.2d 619 (1971).

*Crosby v. Topeka Police Department Property Officer, et al*, is removed from that court to the United States District Court for the District of Kansas.

Respectfully submitted,

STEPHEN R. MCALLISTER
United States Attorney
District of Kansas

 s/ Thomas E. Beall
THOMAS E. BEALL
Assistant United States Attorney
Ks. S.Ct. No. 19929
Federal Building, Suite 290
444 SE Quincy Street
Topeka, Kansas 66683-3592
Telephone: (785) 295-2850
Facsimile: (785) 295-2853
E-mail: thomas.beall@usdoj.gov
Attorneys for Defendants
   McAllister and Slinkard

### CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2019, I electronically filed the foregoing with the Clerk of the Court by uploading it to the CM/ECF system. I further certify that on the same date, I sent the foregoing document and the notice of electronic filing by first-class mail and by electronic mail to the following non-CM/ECF participants:

| | |
|---|---|
| Gregory D. Crosby<br>Reg. No. 05825045<br>P.O. Box 8500, ADX<br>5880 Hwy 67<br>FCC Complex<br>Florence, CO 81226-8500<br>   *Pro Se* Plaintiff | Nicholas H. Jefferson<br>Assistant City Attorney<br>Legal Department<br>215 SE 7th Street, Room 353<br>Topeka, KS 66603<br>   For Defendant TPD |

 s/ Thomas E. Beall
THOMAS E. BEALL
Assistant United States Attorney
